IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

VFS Leasing Co. )
      Plaintiff )
)
v. ) Civil Action No. 2:17-cv-00113
)
)
Michael Dustin Long )
      Defendant )

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Mark A. Fulks, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. Complaint was served upon the defendant on December 21, 2017, no response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, Michael Dustin Long.

3. The claim of the plaintiff is for the sum of $ 176,080.40 plus interest from the date of judgment as provided by law, together with the costs of this action.

                                                               Attorney for Plaintiff

Sworn to and subscribed before me this 17th day of August, 2018.

Linda M. Buckland
Notary Public

My Commission Expires: 5/25/2022

[Notary Seal: LINDA M. BUCKLAND, STATE OF TENNESSEE NOTARY PUBLIC, SULLIVAN COUNTY]